1 │ AARON D. FORD
 │  Attorney General
2 │ JANET L. MERRILL (Bar No. 10736)
 │  Deputy Attorney General
3 │ State of Nevada
 │ Office of the Attorney General
4 │ 555 E. Washington Ave., Ste. 3900
 │ Las Vegas, Nevada 89101
5 │ (702) 486-3370 (phone)
 │ (702) 486-3773 (fax)
6 │ Email: jmerrill@ag.nv.gov

7 │ *Attorneys for Defendants*

8

 │ UNITED STATES DISTRICT COURT
9
 │ DISTRICT OF NEVADA
10

11 │ MAURICE TALLEY                          Case No. 3:23-cv-00239-MMD-CSD

12 │            Plaintiff,

13 │ v.
 │                                          **STIPULATION AND PROPOSED**
14 │ JOB, *et al.*,                          **ORDER TO DISMISS THIS CASE**
 │                                          **WITH PREJUDICE**
15 │            Defendants.

16

17 │        The Parties, Plaintiff, MAURICE TALLEY, *pro per,* and Defendants, JACOB CLAY

18 │ and GOLLEN JOB by and through counsel, Aaron D. Ford, Nevada Attorney General, and

19 │ Janet L. Merrill, Deputy Attorney General, of the State of Nevada, Office of the Attorney

20 │ General, hereby stipulate and agree that this matter should be dismissed with

21 │ ////

22 │ ///

23 │ ////

24 │ ///

25 │ ////

26 │ ///

27 │ ///

28 │ ///

Page 1

1 | prejudice by Order of this Court, with each party to bear their own attorney's fees and costs.

2 | DATED this 5 of March, 2024.

DATED this _24th_ of ~~March~~ April, 2024.

AARON D. FORD
Attorney General

By: [signature]
MAURICE TALLEY
Plaintiff # 1115624

By: /s/ Janet Merrill
JANET L. MERRILL (Bar No. 10736)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.
DATED this _25th_ day of April , 2024.

[signature]

UNITED STATES DISTRICT COURT JUDGE

Page 2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on April 24, 2024, I electronically filed the foregoing, **STIPULATION AND PROPOSED ORDER TO DISMISS THIS CASE WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Maurice Talley #1115624
High Desert State Prison
P. O. Box 650
Indian Springs, Nevada 89070

_____
An employee of the
Office of the Nevada Attorney General